**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Children of the Court, et al.

                              Plaintiff,

v.                                     Case No.: 1:24–cv–08785
                                     Honorable Lindsay C. Jenkins

Iris Y. Martinez, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2024:

        MINUTE entry before the Honorable Lindsay C. Jenkins: Telephonic motion hearing held. For the reasons stated on the record, Defendant Abbey Fishman Romanek's motion to dismiss with prejudice [17] is granted. Defendant Romanek is dismissed with prejudice and shall be terminated from the docket. Defendants Iris Y. Martinez and Cook County, Illinois's motion to dismiss [15] is granted without prejudice. Plaintiff may file an amended complaint by January 17, 2025; Defendants responsive pleading is due by January 31, 2025. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.