IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Children of the Court**, *a non-profit corporation*, and **Conor Paris**, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) Case No: 1:24-cv-08785 |
| v. | )<br>) Honorable Lindsay C. Jenkins |
| **The Honorable Abbey Fishman Romanek, Iris Y. Martinez, Clerk of the Circuit Court of Cook County**, and **Cook County, Illinois**, | )<br>)<br>)<br>) |
| *Defendants*. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Children of the Court, Inc., and Conor Paris appeal to the United States Court of Appeals for the Seventh Circuit from the Court's: December 19, 2025 Minute Order (Dkt. No.: 23), wherein it dismissed Defendant Romanek, with prejudice, after finding her violations or Plaintiffs' rights were protected by absolute judicial immunity; and July 24, 2025 Minute Order (Dkt. No.: 52); July 24, 2025 Memorandum Opinion and Order (Dkt. No.: 53); and July 24, 2025 Judgement (Dkt. No.: 54); and wherein it found Judge Evans also enjoyed absolute judicial immunity and that there were insufficient allegations of personal involvement.

Dated: August 22, 2025

Respectfully Submitted:

By: /s/ *Adam Florek*

Adam Florek
Florek Law, LLC
11 Knollwood Dr.
North Caldwell, New Jersey 07006
Tel: (929) 229-2268
E-mail: aflorek@florekllc.com

Edward "Coach" Weinhaus, Esq.
**LegalSolved, LLC**
11500 Olive Blvd., Suite 133
Saint Louis, Missouri 63141-7126
Tele: (314) 580-9580
E-mail: eaweinhaus@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I filed the foregoing document with the clerk of the Court using the CM/ECF filing system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.


By: __*/s/Adam Florek*__